1  Christopher J. Meister, SBN 024974
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3  2415 East Camelback Road, Suite 800
4  Phoenix, AZ 85016
   Telephone:  602.778.3700
5  Facsimile:  602.778.3750
   christopher.meister@ogletree.com
6  *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Angela D. Pantoja, | No. |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| Lisa M. and Brian R. Bechtold, a married couple, and Laurel Springs School, a California Corporation, | |
| Defendants. | |

In accordance with 28 U.S.C. §§ 1441 and 1446, Lisa M. Bechtold, Brian R. Bechtold (the "Bechtolds"), and Laurel Springs School ("LSS" and collectively, the "Defendants") hereby remove this case from the Superior Court of the State of Arizona, County of Maricopa, in which it is now pending, to the United States District Court for the District of Arizona, and in support thereof states as follows. Defendants remove this action on the following grounds: (1) there is complete diversity of citizenship between Plaintiff Angela D. Pantoja (a citizen of Colorado) and Defendant LSS (a citizen of California) and Defendants the Bechtolds (citizens of Montana); and (2) the amount in controversy exceeds $75,000. These facts were true at the time Plaintiff filed the Complaint in Superior Court and remain true as of the date of the filing of this Notice.

## I. BACKGROUND.

This lawsuit arises out of Plaintiff's provision of services as an independent contractor to LSS. Despite being an independent contractor, Plaintiff alleges that Defendants violated the Arizona Minimum Wage Act, the Arizona Fair Wages and Healthy Families Act, and Arizona's common law on good faith and fair dealing and unjust enrichment. Plaintiff is seeking damages for alleged unpaid wages, liquidated damages, and civil penalties and has certified that the amount in controversy was not less than $50,000 and up to $300,000.

## II. THE COURT HAS DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332.

### A. The Parties To This Action Are Citizens Of Different States.

For diversity purposes, a person is a "citizen" of the state in which she is domiciled. *Kantor v. Wellesley Galleries, Ltd.*, 704 F.2d 1088, 1090 (9th Cir. 1983). Citizenship is assessed "at the time of the filing of a complaint." *In re Hawaii Federal Asbestos Cases*, 960 F.2d 806, 810 (9th Cir. 1992). In her Complaint, Plaintiff alleges that she has resided in Larimer County, Colorado since 2021. (Complaint at paragraph ¶ 9.) Plaintiff also correctly alleges that the Bechtolds are domiciled in Missoula County, Montana. (Complaint ¶ 12.) Thus, Plaintiff is a citizen of Colorado and the Bechtolds are citizens of Montana.

Under 28 U.S.C. 1332(c), "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." The Supreme Court has held that "'principal place of business' [under Section 1332] is best read as referring to the place where a corporation's officers direct, control, and coordinate the corporation's activities." *Hertz Corp. v. Friend*, 559 U.S. 77 (2010). The Supreme Court further clarified that the principal place of business was the place where the corporation "maintains its headquarters -- provided that the headquarters is the actual center of direction, control and coordination." *Id*.

Defendant LSS is incorporated in the State of California. (See California Secretary of State Entity Information attached hereto as Exhibit 1.) As a result, it is a citizen of California.

LSS' Chief Executive Officer, President, and General Counsel are located in Santa Clara County, California. These corporate executives are responsible for the ultimate direction, control, and coordination of LSS' activities including financial, marketing, academic, regulatory, strategic, operational, and legal matters.[1] These facts establish that LSS' center of "direction, control and coordination" is also located in California. Accordingly, LSS is also a citizen of California under this criteria.

In sum, Plaintiff is a citizen of Colorado, the Bechtolds are citizens of Montana, and LSS is a citizen of California. Thus, complete diversity among the parties exists.

**B. Venue is Proper in this Court.**

This Notice of Removal has been filed in the appropriate District Court; namely, the District Court of the United States in which the state court action is pending. 28 U.S.C. § 1446(a). Plaintiff also alleges that she lived in Arizona during her "employment" with LSS and that a substantial part of the events or emissions giving rise to her claims occurred in Maricopa County. (Complaint ¶¶ 9 and 18.)

**C. The Amount In Controversy Exceeds $75,000.**

Where there is diversity of citizenship, the "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a). A notice of removal need only contain a "plausible allegation" that the amount in controversy exceeds $75,000 and does not need to provide evidence supporting that allegation. *Dart Cherokee Basin Operating Co., L.L.C. v. Owens*, 135 S. Ct. 547, 554 (2014).

---

[1] In the interest of full disclosure, LSS has other officers located outside of Pennsylvania but none in Montana or Colorado.

Plaintiff seeks damages for allegedly unpaid minimum wages seeks, liquidated damages equal to twice the amount of the allegedly underpaid minimum damages, civil penalties for purported violations of the anti-retaliation provisions of AMWA in the amount of $150 per day since the violation occurred, and civil penalties of $250 for the initial violation and $1,000 for subsequent violations of the record keeping and posting requirements. Plaintiff also seeks attorneys' fees and costs, and pre and post judgment interest. (Complaint at Prayer for Relief ¶¶ A-H.) In the Superior Court, Plaintiff certified that the amount in controversy exceeded $50,000. (Certificate of Compulsory Arbitration) Plaintiff also designated her lawsuit as a Tier 2 action which means she is claiming up to $300,000 in damages. (Complaint ¶ 19) Given that Plaintiff is seeking damages, civil penalties, attorneys' fees, and costs and based on her certifications, Defendants have established that more than $75,000 is plausibly in controversy.[2]

### III. THE REMOVAL IS TIMELY.

1. Pantoja filed this action in the state court on or about July 22, 2022.
2. LSS was served on July 27, 2022.
3. The Bechtolds were served on July 28, 2022.
4. As this Notice is being filed on August 26, 2022, the removal is timely.

### IV. ALL REQUIREMENTS FOR REMOVAL ARE SATISFIED

1. This Court has diversity jurisdiction under 28 U.S.C. § 1332.
2. Removal to this Court is proper pursuant to 28 U.S.C. §§ 1441 and 1446.
3. LSS has attached to this notice as Exhibit 2, copies of all process, pleadings, and orders served upon it prior to the filing of this Notice of Removal.
4. LSS has, as of this date, filed a copy of the Notice of Removal in the Maricopa County Superior Court, State of Arizona, attached hereto as Exhibit 3.
5. LSS has served a copy of this notice upon the Plaintiff.

---

[2] Defendants deny that Plaintiff is entitled or able to recover damages, penalties, attorneys' fees, costs, or relief of any kind and are simply acknowledging the amount of recovery theoretically possible based on the Plaintiff's claims.

RESPECTFULLY SUBMITTED this 26th day of August 2022.

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.

        By: s/ Christopher J. Meister
            Christopher J. Meister, SBN 024974
            2415 East Camelback Road, Suite 800
            Phoenix, AZ 85016
            christopher.meister@ogletree.com
            *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August 2022, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Lubin & Enoch, P.C.
Nicholas J. Enoch
349 N. Fourth Ave.
Phoenix, AZ 85003
*Attorneys for Plaintiff*


/s/  Paul A. Manley